OPINION — AG — ** MUNICIPALITY — JAILS — CHARGES ** (1) PURSUANT TO 74 O.S. 192 [74-192](A) — 63 O.S. 472 [63-472] AND APPLICABLE CASE LAW, A MUNICIPALITY IS LIABLE FOR THE MAINTENANCE AND EXPENSES OF ALL PRISONERS IT HOLDS IN CUSTODY, WITHOUT REGARD FOR THE TYPE OF CHARGES OR THE GROUNDS UPON WHICH THE PRISONERS ARE BEING HELD. (2) RESPONSIBILITY FOR THE DETENTION OF STATE LAW VIOLATORS ARRESTED BY MUNICIPAL POLICEMEN PENDING THE FILING OF FORMAL CHARGES BY THE COUNTY OR STATE IS A MATTER TO BE RESOLVED BETWEEN MUNICIPAL AND COUNTY AUTHORITIES. HOWEVER, THE ARRESTING MUNICIPAL POLICEMAN, BEING A PEACE OFFICER PURSUANT TO 21 O.S. 99 [21-99], IS UNDER A DUTY TO SECURE THE ARRESTEE UNTIL MUNICIPAL AND COUNTY AUTHORITIES RESOLVE THE ISSUE. (COUNTY JAILS, COSTS, COUNTY COMMISSIONERS, MAINTENANCE EXPENDITURES, INDIGENT, INMATE, MEDICAL TREATMENT, CLOTHING) CITE: 11 O.S. 34-101 [11-34-101](A), 21 O.S. 99 [21-99] 57 O.S. 42 [57-42], 57 O.S. 47 [57-47], 63 O.S. 471 [63-471], 63 O.S. 472 [63-472], 63 O.S. 473 [63-473] 63 O.S. 475 [63-475], 68 O.S. 341 [68-341](B), 74 O.S. 192 [74-192](A) (OZELLA WILLIS)